**NETWORK APPLIANCE, INC.,**
**Plaintiff–Appellant,**

v.

**BLUEARC CORPORATION,**
**Defendant–Cross**
**Appellant.**

No. 05–1517, 05–1607.

United States Court of Appeals, Federal Circuit.

Oct. 24, 2006.

Before NEWMAN, MAYER, and LINN, Circuit Judges.

JUDGMENT

PER CURIAM

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED: *AFFIRMED.* *See* Fed. Cir. R. 36